IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDY ELIAS NOYOLA HERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General;<br>KRISTI NOEM, Secretary, U.S. Department<br>of Homeland Security; TODD M. LYONS,<br>Acting Director of Immigration and Customs<br>Enforcement; DAVID EASTERWOOD,<br>Acting Director, St. Paul Field Office<br>Immigration and Customs Enforcement; and<br>JOEL BROTT, Sheriff of Sherburne County,<br><br>Respondents. | **0:26-cv-01208-SHL-LIB**<br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to Petitioner's petition for a writ of habeas corpus by no later than February 11, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

   d. Whether Petitioner was arrested pursuant to a warrant and, if so, a copy of such warrant.

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than February 13, 2026.

4. Respondents are ENJOINED from moving Petitioner outside of Minnesota until further order of the Court so that Petitioner may consult with counsel while the Court is

considering the petition and to avoid any risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction.

5.  The parties are directed to immediately notify the Court of any change to Petitioner's custodial status during the pendency of these proceedings.

Dated: February 8, 2026

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE